# Court of Appeals
# of the State of Georgia

ATLANTA, July 26, 2012

*The Court of Appeals hereby passes the following order*

**A12I0296. RUTHANN BARRS, d/b/a A FLOWER'S SCENT v. GEORGE C.
CRANFORD.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be
hereby DENIED.

LC NUMBERS:

2010V0486



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 26, 2012.

I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto
affixed the day and year last above written.

, Clerk.